UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LEONARD GRAVES,<br><br>　　　　Defendant. | Case No. 2:20-mj-00756-EJY<br><br>**ORDER** |

　　Based on the Stipulation of counsel and good cause appearing,

　　IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on July 13, 2022 at the hour of 4:00 p.m., be vacated and continued to August 12, 2022 at the hour of 4:00 p.m., in Courtroom 3B.

　　DATED this 11th day of July, 2022.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE